IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ABUNDANT LIFE CHIROPRACTIC, P.A. | § | |
| | § | |
| | § | |
| | § | BANKRUPTCY CASE NO. 24-33862 |
| | § | |
| DEBTORS | § | (JOINTLY ADMINISTERED) |

## STATEMENT OF OPERATIONS

# Abundant Life Chiropractic PA

## Profit and Loss

January - July, 2024

|  | TOTAL |
|---|---:|
| **Income** | |
|     4000 Service Revenue | 204,892.10 |
|     4200 Commission Revenue | 34,451.50 |
| **Total Income** | **$239,343.60** |
| **GROSS PROFIT** | **$239,343.60** |
| **Expenses** | |
|     6000 Advertising | 4,952.02 |
|     6010 Automobile Expenses | 200.27 |
|     6015 Bank Charges | 501.00 |
|     6035 Contract Labor | 3,990.70 |
|     6040 Bank Merchant Fees | 9,568.04 |
|     6080 Employee Costs | 498.00 |
|     6090 Meals & Entertainment | 586.34 |
|     6102 Billing Service | 25,599.86 |
|     6106 Supplies | 3,297.00 |
|     6111.1 Rents | 23,658.85 |
|     6111.2 Repairs & Maintenance | 373.05 |
|     6111.5 Utilities | 1,945.42 |
|     6112 Dues & Subscriptions | 2,105.18 |
|     6113 Insurance | 9,599.35 |
|     6114 Legal & Professional Fees | 45,667.09 |
|     6115 Office Expenses | 4,655.51 |
|     6116 Payroll Expenses | |
|         6116.10 Payroll Wages | 5,800.00 |
|         6116.11 Payroll Taxes | 606.68 |
|         6116.12 Payroll Fees | 225.00 |
|     **Total 6116 Payroll Expenses** | **6,631.68** |
|     6118 Travel | 2,382.50 |
| **Total Expenses** | **$146,211.86** |
| **NET OPERATING INCOME** | **$93,131.74** |
| **Other Income** | |
|     7100 Cash Rewards | 192.32 |
| **Total Other Income** | **$192.32** |
| **Other Expenses** | |
|     8020 Interest expense | 1,096.82 |
| **Total Other Expenses** | **$1,096.82** |
| **NET OTHER INCOME** | **$ (904.50)** |
| **NET INCOME** | **$92,227.24** |